# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144055(77)

DEVON SCOTT BAILEY,
      Plaintiff-Appellee/
      Cross-Appellant,

v

                      SC:  144055
                      COA:  295801
STEVEN GEROME SCHAAF,      Genesee CC:  07-087454-NO
      Defendant,

and

T.J. REALTY, INC., d/b/a HI-TECH
PROTECTION, TIMOTHY JOHNSON,
CAPTAIN WILLIAM BOYD BAKER,
CHRISTOPHER LEE CAMPBELL,
      Defendants-Appellees,

and

EVERGREEN REGENCY TOWNHOMES,
LTD., and RADNEY MANAGEMENT &
INVESTMENTS,
      Defendants-Appellants/
      Cross-Appellees.

_____/

      On order of the Court, the motion to add an issue is considered, and it is DENIED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2012
_____      _____
                                                Clerk

s1128